equally with the canal company the duty of maintaining those bridges, was not involved and was not decided.

We agree with the conclusion of the Supreme Court that the lessee took *cum onere,* and, consequently, was laid under the same duty toward the state and the public, respecting bridges, as its lessor. This makes it unnecessary to rely on the point suggested by the court below, that the bridge in question would be a nuisance if unauthorized by statute and so built as to obstruct the highway. This is challenged as not supported by any allegation in the indictment. For the purposes of this decision we disregard it and express no opinion thereon.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 11.

*For reversal*—None.

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. NUNZIO DI MARIA, PLAINTIFF IN ERROR.

Submitted December 11, 1916—Decided March 5, 1917.

On error to the Supreme Court, whose opinion is reported in 88 *N. J. L.* 416.

For the defendant in error, *Robert S. Hudspeth.*

For the plaintiff in error, *Alexander Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TREN-
CHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, HEP-
PENHEIMER, WILLIAMS, GARDNER, JJ.   11.

*For reversal*—None.

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
CHARLES A. NONES, PLAINTIFF IN ERROR.

Argued November 21, 1916—Decided March 5, 1917.

On error to the Supreme Court, whose opinion is reported
in 88 *N. J. L.* 460.

For the defendant in error, *Jacob L. Newman.*

For the plaintiff in error, *Borden D. Whiting.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief Jus-
tice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TREN-
CHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, HEP-
PENHEIMER, WILLIAMS, GARDNER, JJ.   11.

*For reversal*—None.